```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

RONALD PISTORIUS,                :
         Petitioner,             :
     v.                          :   Civil Action No. 05-187J
JOHN YOST, WARDEN, F.C.I.        :
LORETTO,                         :
         Respondent              :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for a Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 7, 2006, docket no. 19, recommending that the petition be denied as moot.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No objections have been filed, and the time to do so has expired.

After de novo review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 24TH day of July, 2006, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Notice to:

Lisa B. Freeland, Esquire
Federal Public Defender
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3714

Christy C. Wiegand, Esquire
United States Attorney's Office, Suite 4000
United States Post Office and Courthouse
Pittsburgh, PA 15219